## ROSEMARY LUCIBELLO *v.* MICHAEL A. LUCIBELLO
## (AC 16254)

O'Connell, Lavery and Hennessy, Js.

Argued April 24—officially released May 27, 1997

Per Curiam. The judgment is affirmed.

## GERALD F. DEAN *v.* NORWALK CONTAINER, INC., ET AL.
## (AC 16237)

Foti, Lavery and Spear, Js.

Argued April 25—officially released May 27, 1997

Per Curiam. The judgment is affirmed.

## H. CLIFFORD O'SHEA, JR., ET AL. *v.* GERALD F. DEAN ET AL.
## (AC 15370)

Foti, Lavery and Spear, Js.

Argued April 25—officially released May 27, 1997

Per Curiam. The judgment is affirmed.